

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00839-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On December 29, 2016, Relator filed a petition for writ of mandamus. The petition complains the trial court has not ruled on a motion Relator filed on September 18, 2016 entitled "11.074 Motion for Counsel." Relator seeks a writ of mandamus directing the trial judge to rule on the motion. At the time the mandamus was filed, the Honorable Ray Olivarri was the presiding judge of the 399th District Court of Bexar County, Texas. However, Judge Olivarri is no longer the presiding judge of the 399th District Court.

Pursuant to Texas Rules of Appellate Procedure, we ABATE this proceeding for thirty days from the date of this order to allow the newly elected judge of the 399th District Court of Bexar County, Texas to consider Relator's motion. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial judge is directed to consider the motion in question and determine what action, if any to take upon said motion.

Relator is ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the expiration of the thirty-day abatement.

It is so **ORDERED** on January 6, 2017.

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *The State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.

PER CURIAM



ATTESTED TO: Keith E. Hottle, Clerk